| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SANTA CLARA UNIVERSITY<br>1030 THE ALAMEDA,<br>SAN JOSE, CA 95126<br>Telephone No: 408-288-7030    FAX No: 408-288-3581 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:

United States District Court, Northern District Of California

Plaintiff: NGUYEN

Defendant: GADRI

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07-05218 JF |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Civil Case Cover Sheet;complaint For Violations Of The Federal Fair Debt Collection Practives Act,

3. a. Party served:              ROY GADRI
   b. Person served:             MOSHE COHEN-PERSON IN CHARGE

4. Address where the party was served:     5632 VAN NUYS BLVD., STE 380
                                           VAN NUYS, CA 91401

5. I served the party:
   b. **by substituted service.** On: Wed., Dec. 19, 2007 at: 11:14AM by leaving the copies with or in the presence of:
                                      MOSHE COHEN-PERSON IN CHARGE
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Wed., Dec. 19, 2007 from: VALLEY VILLAGE, CA
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**
   a. HAKOP JACK DEMIRCHYAN
   **b. COUNTRYWIDE PROCESS, LLC**
     5437 LAUREL CANYON BLVD. #112
     VALLEY VILLAGE, CA 91607
   c. (818) 980-7378, FAX (818) 980-5358

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:    $70.00
   e. I am: (3) registered California process server
       (i)   Independent Contractor
       (ii)  Registration No.:    4475
       (iii) County:              Los Angeles

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:Fri, Dec. 28, 2007

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

(HAKOP JACK DEMIRCHYAN)
2007541003.sanuni.54736