Scott Maurer (CSB#180830)
(smaurer@scu.edu)
Erica Pun (Certified Law Student #20046)
(epun@scu.edu)
KATHARINE & GEORGE ALEXANDER
COMMUNITY LAW CENTER
1030 The Alameda
San Jose, CA 95126
(408) 288-7030 – Tel.
(408) 288-3581 – Fax

Attorneys for Plaintiff Tung X. Nguyen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| TUNG X. NGUYEN,<br><br>              Plaintiff,<br><br>    vs.<br><br>ROY GADRI dba Van Nuys Financial,<br>              Defendant. | Case No.:  C 07-05218 JF<br><br>REQUEST TO ENTER DEFAULT |

Plaintiff TUNG X. NGUYEN hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant ROY GADRI dba Van Nuys Financial, on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.  Plaintiff served the complaint on the defendant on December 19, 2007 as evidenced by the Proof of Service Summons in a Civil Case filed with this court on January 17, 2008.

Respectfully Submitted,                    KATHARINE & GEORGE ALEXANDER

                                           COMMUNITY LAW CENTER

Dated__January 22, 2008          _____/s/_____
                                 Erica Pun, Certified Law Student*

Dated__January 22, 2008          _____/s/_____
                                 Scott Maurer, Supervising Attorney*

*Pursuant to State Bar Rules Governing the Practical Training of Law Students.