Scott Maurer (SBN # 180830)
(smaurer@scu.edu)
Erica Pun (Certified Law Student #20046)
(epun@scu.edu)
Katharine & George Alexander Community Law Center
1030 The Alameda
San Jose, CA 95126
Phone: (408) 288-7030
Fax: (408) 288-3581

Attorney for Plaintiff Tung X. Nguyen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| TUNG X. NGUYEN | ) Case No.: C 07-05218 JF |
| Plaintiff, | ) **DECLARATION OF ERICA PUN** |
| vs. | ) |
| ROY GADRI dba Van Nuys Financial | ) |
| Defendant. | ) |

I, ERICA PUN, declare as follows:

1.  I make the following statements based on my own personal knowledge, and if called upon to testify as a witness, could and would attest to the matters stated below. I work as a law clerk for the Katharine and George Alexander Community Law Center.

2.  The defendant named in the initial complaint and summons is ROY GADRI dba Van Nuys Financial.

3.  On December 19, 2007, Countrywide Process, LLC served the summons and

1  complaint upon ROY GADRI dba Van Nuys Financial, evidence by the proof of service
2  attached as exhibit A.
3      4.  As of January 24, 2008, my office has yet to receive an answer to the complaint.
4  Furthermore, the defendant has not contacted myself or any member of my office since I sent a
5  fax to the Defendant's attorney Nancy Norris on January 15, 2008 informing her that I would file
6  for default on behalf of my client on January 22, 2008.  The defendant's time for filing an answer
7  has expired.

12  I declare under penalty of perjury that the forgoing is true and correct and that this Declaration
13  was executed in San Jose, California on January 24, 2008.

                                                              /s/
                                                         ERICA PUN