Scott Maurer (SBN # 180830)
(smaurer@scu.edu)
Erica Pun (Certified Law Student #20046)
(epun@scu.edu)
Katharine & George Alexander Community Law Center
1030 The Alameda
San Jose, CA 95126
Phone: (408) 288-7030
Fax: (408) 288-3581

Attorney for Plaintiff Tung X. Nguyen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| TUNG X. NGUYEN | ) Case No.: C 07-05218 JF |
| Plaintiff, | ) **AMENDED DECLARATION OF ERICA PUN** |
| vs. | ) |
| ROY GADRI dba Van Nuys Financial | ) |
| Defendant. | ) |

I, ERICA PUN, declare as follows:

    1.  I make the following statements based on my own personal knowledge, and if called upon to testify as a witness, could and would attest to the matters stated below.  I work as a law clerk for the Katharine and George Alexander Community Law Center.

    2.  The defendant named in the initial complaint and summons is ROY GADRI dba Van Nuys Financial.

    3.  On December 19, 2007, Countrywide Process, LLC served the summons and

Amended Declaration of Erica Pun

complaint upon ROY GADRI dba Van Nuys Financial, evidence by the proof of service attached as exhibit A.

4. As of January 29, 2008, my office has yet to receive an answer to the complaint. Furthermore, the defendant has not contacted myself or any member of my office since I sent a fax to the Defendant's attorney Nancy Norris on January 15, 2008 informing her that I would file for default on behalf of my client on January 22, 2008. The defendant's time for filing an answer has expired.

5. To the best of my knowledge, defendant is not an infant, not incompetent and not in the military.

I declare under penalty of perjury that the forgoing is true and correct and that this Declaration was executed in San Jose, California on January 29, 2008.

/s/
ERICA PUN

Amended Declaration of Erica Pun