| Attorney or Party without Attorney:<br>SANTA CLARA UNIVERSITY<br>1030 THE ALAMEDA,<br>SAN JOSE, CA 95126<br>Telephone No: 408-288-7030   FAX No: 408-288-3581<br>Attorney for: Plaintiff | | | | Ref. No. or File No.: | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | | |
| Plaintiff: NGUYEN<br>Defendant: GADRI | | | | | |
| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07-05218 JF | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Civil Case Cover Sheet;complaint For Violations Of The Federal Fair Debt Collection Practives Act,

3. a. Party served:          ROY GADRI
   b. Person served:         MOSHE COHEN-PERSON IN CHARGE

4. Address where the party was served:   5632 VAN NUYS BLVD., STE 380
                                         VAN NUYS, CA 91401

5. I served the party:
   b. **by substituted service.** On: Wed., Dec. 19, 2007 at: 11:14AM by leaving the copies with or in the presence of:
   MOSHE COHEN-PERSON IN CHARGE
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Wed., Dec. 19, 2007 from: VALLEY VILLAGE, CA
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**
   a. HAKOP JACK DEMIRCHYAN
   b. **COUNTRYWIDE PROCESS, LLC**
      5437 LAUREL CANYON BLVD. #112
      VALLEY VILLAGE, CA 91607
   c. (818) 980-7378, FAX (818) 980-5358

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was: $70.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 4475
      (iii) County: Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Fri, Dec. 28, 2007

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

(HAKOP JACK DEMIRCHYAN)
2007540003.sanuni.54736