**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

February 1, 2008

RE:  CV 07-05218 JF           TUNG X. NGUYEN-v- ROY GADRI

Default is entered as to defendant Roy Gadri dba Van Nuys Financial on 1/31/2008.

RICHARD W. WIEKING, Clerk

*Gordana Macic* (signature)

by Gordana Macic
Case Systems Administrator

NDC TR-4  Rev. 3/89