Julius Shaun Jefferson (CLS #20597)
Scott Maurer (CSB #180830)
ALEXANDER COMMUNITY LAW CENTER
1030 The Alameda
San Jose, CA 95126
Phone:  (408) 288-7030
Fax:      (408) 288-3581

Attorney for Plaintiff, Tung X. Nguyen

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TUNG X. NGUYEN<br><br>    Plaintiff,<br>  vs.<br><br>ROY GADRI dba VAN NUYS FINANCIAL<br><br>    Defendant. | Case No.: C07-05218 JF<br><br>TUNG X. NGUYEN'S CASE MANAGEMENT CONFERENCE STATEMENT<br><br>DATE:           April 25, 2008<br>TIME:           10:30am<br>JUDGE:         The Hon. Jeremy Fogel<br>COURTROOM: No. 3 – 5th Floor |

Plaintiff, Mr. Nguyen is a 59-year old Vietnamese immigrant who filed a complaint against Defendant, Van Nuys Financial on October 11, 2007. On January 31, 2008, default was entered against Defendant. Plaintiff brought this proceeding pursuant to 15 U.S.C. §1692g(b) and §1692f, Cal. Civ. Code §1788.17, and Cal. Civ. Code §1812.7000.   In his complaint, Plaintiff alleges that Defendant's actions of: (1) failing to provide written verification of the disputed debt, (2) refusing to set aside a default judgment after acknowledging that Plaintiff was

PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT 1

not the true debtor, and (3) refusing to set aside a lien placed upon Plaintiff's real property, are in violation the Fair Debt Collection Practices Act ("FDCPA"). 15 U.S.C. §1692g(b), §1692f. Plaintiff also alleges that the above mentioned acts are violation of similar state law. Cal. Civil Code §1788.17, §1812.700 *et seq.*

Plaintiff plans to file an Application for Default Judgment by May 1, 2008. Plaintiff respectfully requests that the Case Management Conference be continued to a date on or after May 1, 2008.

Respectfully Submitted April 15, 2008        ALEXANDER COMMUNITY LAW CENTER

_____
Julius Shaun Jefferson, Certified Law Student*

_____
Scott Maurer, Supervising Attorney*

*Pursuant to the State Bar Rules Governing the Practical Training of Law Students.