Julius Shaun Jefferson (CLS# 20597)
Scott Maurer (CSB #180830)
ALEXANDER COMMUNITY LAW CENTER
1030 The Alameda
San José, CA 95126
Phone:  (408) 288-7030
Fax:    (408) 288-3581

Attorneys for Plaintiff, Tung X Nguyen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA
# (SAN JOSE DIVISION)

| | |
|---|---|
| TUNG X. NGUYEN,<br><br>    Plaintiff<br><br>v.<br><br>ROY GADRI dba Van Nuys Financial,<br><br>    Defendant. | Case No. C07 05218 JF<br><br>[PROPOSED] ORDER RELEASING JUDGMENT LIEN<br><br>Judge: The Hon. Jeremy Fogel<br>Dept: Courtroom 8, 4th Floor<br>Date: June 1, 2008<br>Time: 9:00 a.m. |

1.  **Judgment Creditor:**

    Roy Gadri dba Van Nuys Financial

    5632 Van Nuys Blvd. #300

    Van Nuys, CA 91401

2. **Judgment Debtor:**

    Tung X. Nguyen

    3183 Summer Creek Drive

    San Jose, CA  95136

3. **A judgment was entered at: SANTA CLARA COUNTY SUPERIOR COURT**

    Case Number: 106-CV-075873

    Judgment was entered on: February 21, 2007

4. **IT IS HEREBY ORDERED** that the judgment lien placed upon real property located at 3183 Summer Creek Drive, San Jose, CA 95136 should be and is released

**SO ORDERED**

Date: _____

                                              The Hon. Jeremy Fogel
                                              U.S. DISTRICT COURT JUDGE