Julius Shaun Jefferson (CLS #20597)
Scott Maurer (CSB #180830)
ALEXANDER COMMUNITY LAW CENTER
1030 The Alameda
San José, CA 95126
Phone:   (408) 288-7030
Fax:       (408) 288-3581

Attorney for Plaintiff, Tung X. Nguyen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| TUNG X. NGUYEN, <br><br> Plaintiff <br><br> v. <br><br> ROY GADRI dba VAN NUYS FINANCIAL, <br><br> Defendant. | Case No.: C07-05218 JF <br><br> **PROPOSED FINAL JUDGMENT** <br><br> Judge: The Hon. Jeremy Fogel <br> Dept:  Courtroom 3, 5th Floor <br> Date:  June 27, 2008 <br> Time:  9:00 a.m. |

The plaintiff's motion for a default judgment came on for hearing on June 27, 2008 at 9:00 a.m. The court has considered all other papers in support of the motion, together with any arguments presented by counsel.

IT IS HEREBY ORDERED that Plaintiff TUNG X. NGUYEN should be, and is awarded damages in the amount of $_____ {7,000}; and

IT IS FURTHER ORDERED that Plaintiff TUNG X. NGUYEN should be, and is awarded reasonable attorneys fees[1] in the amount of $_____ {7,178.50} and costs in the amount of $_____ {745}.

Therefore, the total amount of the judgment awarded in favor of Plaintiff TUNG X. NGUYEN and against defendant ROY GADRI dba VAN NUYS FINANCIAL should be and is $_____ {$14,923.50}

SO ORDERED

Dated:_____

_____
The Hon. Jeremy Fogel
United States District Court Judge

---

[1] The attorneys fees are approved at the following rates: Mark Reedy (Attorney) Rate =$290 / hour; Certified Law Students = $150 / hour; Reuben Castillo (certified paralegal) = $125 / hour

{PROPOSED} FINAL JUDGMENT                    CASE NO. C07-05218 JF                    2