1

2                                              **E-filed 5/21/08**

3

4

5

6

7   UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
                              CALIFORNIA
8                          SAN JOSE DIVISION

9

10  TUNG NGUYEN,

11                                      No. C-07-5218-JF
        Plaintiff,
12
        v.                          Clerks's Notice
13
    ROY GADRI,
14
        Defendant.
15  _____

16  To: All Counsel and Parties in the above named action.

17
    The Court has rescheduled the Case Management Conference
18  currently scheduled for June 13, 2008. The new hearing date is
    Friday, June 27, 2008 at 10:30 AM.   The parties may appear by
19  telephone by contacting Court Call at 866-582-6878 in advance of
    the hearing.
20
    Please to report to Courtroom 3, on the 5th floor, United States
21  District Courthouse, 280 South First Street, San Jose, CA 95113.

22

23
    Dated: 5/21/08                    For the Court,
24                                    Richard W. Wieking, Clerk

25                                    Diana Munz
                                      electronic signature
26                                    Courtroom Deputy

27

28