Allen Wang (CLS #20994)
Scott Maurer (CSB #180830)
ALEXANDER COMMUNITY LAW CENTER
1030 The Alameda
San Jose, CA 95126
Phone:  (408) 288-7030
Fax:    (408) 288-3581

Attorney for Plaintiff, Tung X. Nguyen

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TUNG X. NGUYEN<br><br>    Plaintiff,<br>vs.<br><br>ROY GADRI dba VAN NUYS FINANCIAL<br><br>    Defendant. | Case No.: C07-05218 JF<br><br>TUNG X. NGUYEN'S CASE MANAGEMENT CONFERENCE STATEMENT<br><br>DATE:       June 27, 2008<br>TIME:       9:00 am<br>JUDGE:      The Hon. Jeremy Fogel<br>COURTROOM:  No. 3 – 5th Floor |

Plaintiff, Mr. Nguyen is a 59-year old Vietnamese immigrant who filed a complaint against Defendant, Van Nuys Financial on October 11, 2007. On January 31, 2008, default was entered against Defendant.

On June 27, 2008 at 9:00 a.m. in Courtroom 3, Plaintiff will move the Court for a default judgment. Plaintiff respectfully requests that the Case Management Conference occur at the same time as this hearing.

PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT 1

Respectfully Submitted June 24, 2008          ALEXANDER COMMUNITY LAW CENTER

_____
Allen Wang, Certified Law Student*

_____
Scott Maurer, Supervising Attorney*

*Pursuant to the State Bar Rules Governing the Practical Training of Law Students.