## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, June 27, 2008
**Case Number:** CV-07-5218-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **TUNG NGUYEN  V. ROY GADRI**

               **PLAINTIFF**                              **DEFENDANT**

**Attorneys Present:**  Scott Maurer, Allen Wang        **Attorneys Present:**

---

PROCEEDINGS:
    Hearing on Motion for Entry of Default Judgment held.  Counsel for plaintiff is present. The motion is taken under submission.  The case management conference is not held.