\*\*E-Filed 8/8/2008\*\*

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TUNG X. NGUYEN,<br><br>    Plaintiff,<br><br>    v.<br><br>ROY GADRI d/b/a/ VAN NUYS FINANCIAL,<br><br>    Defendant. | Case Number C07-5218<br><br>JUDGMENT |

The parties' arguments having been considered and a decision having been rendered, IT IS HEREBY ORDERED that judgment be entered for Defendant and against Plaintiff and that the Clerk of the Court close the file.

DATED: August 8, 2008.

_____
JEREMY FOGEL
United States District Judge

Case No. C 07-5218
JUDGMENT
(JFLC1)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case No. C 07-5218
JUDGMENT
(JFLC1)