NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TUNG X. NGUYEN, | Case Number CV-07-5218-JF |
|     Plaintiff, | AMENDED JUDGMENT |
|     v. | |
| ROY GADRI d/b/a/ VAN NUYS FINANCIAL, | |
|     Defendant. | |
| _____/ | |

    The parties' arguments having been considered and a decision having been rendered, IT IS HEREBY ORDERED that judgment be entered for Plaintiff and against Defendant and that the Clerk of the Court close the file.

DATED: 9/10/08

_____
JEREMY FOGEL
United States District Judge